QUINN EMANUEL URQUHART & SULLIVAN, LLP
David Perlson (Bar No. 209502)
davidperlson@quinnemanuel.com
Andrew Holmes (Bar No. 260475)
drewholmes@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, CA 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Lance Yang (Bar No. 260705)
lanceyang@quinnemanuel.com
Valerie Lozano (Bar No. 260020)
valerielozano@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, CA 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Brian Biddinger (Bar No. 224604)
brianbiddinger@quinnemanuel.com
51 Madison Avenue, 22nd Floor
New York, NY 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100

Attorneys for Defendant
Netflix, Inc.

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DIVX, LLC, a Delaware limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>NETFLIX, INC., a Delaware corporation,<br><br>Defendant. | Case No. 2:19-cv-1602-PSG-DFM<br><br>**DECLARATION OF ANDREW M. HOLMES IN SUPPORT OF DEFENDANT NETFLIX, INC.'S REPLY TO ITS MOTION TO STAY PENDING *INTER PARTES* REVIEW** |

## DECLARATION OF ANDREW M. HOLMES

I, Andrew M. Holmes, hereby declare as follows:

1. I am a partner at Quinn Emanuel Urquhart & Sullivan LLP, counsel for Netflix, Inc. ("Netflix"). I am a member in good standing of the Bar of the State of California. I make this declaration based on personal knowledge and, if called as a witness, I could and would testify competently to the matters set forth herein.

2. I make this declaration in support of Netflix's Reply to Its Motion to Stay Pending *Inter Partes* Review.

3. Attached as Exhibit A is a true and correct copy of an email from Andrew Holmes to Emily Tremblay and Bryan Mechell dated March 23, 2020.

4. Attached as Exhibit B is a true and correct copy of a Letter from counsel for Netflix to counsel for DivX dated April 22, 2020.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 4th day of May, 2020, in San Francisco, California.

/s/ Andrew M. Holmes
Andrew M. Holmes

## SIGNATURE ATTESTATION

I attest under penalty of perjury that concurrence in the filing of this document has been obtained from Andrew M. Holmes.

/s/ *David A. Perlson*