QUINN EMANUEL URQUHART & SULLIVAN, LLP
David Perlson (Bar No. 209502)
davidperlson@quinnemanuel.com
Andrew Holmes (Bar No. 260475)
drewholmes@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, CA 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Lance Yang (Bar No. 260705)
lanceyang@quinnemanuel.com
Valerie Lozano (Bar No. 260020)
valerielozano@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, CA 90017
Telephone: (213) 443-3000
Facsimile:  (213) 443-3100

Brian Biddinger (Bar No. 224604)
brianbiddinger@quinnemanuel.com
51 Madison Avenue, 22nd Floor
New York, NY 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100

Attorneys for Defendant
Netflix, Inc.

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DIVX, LLC, a Delaware limited liability company,<br><br>            Plaintiff,<br><br>     v.<br><br>NETFLIX, INC., a Delaware corporation,<br><br>            Defendant. | Case No. 2:19-cv-1602-PSG-DFM<br><br>**DEFENDANT NETFLIX, INC.'S NOTICE REGARDING HULU'S EX PARTE APPLICATION IN A RELATED CASE** |

Netflix, Inc. ("Netflix") files this notice with the Court regarding an *ex parte* application filed by Hulu, LLC ("Hulu") in a separate but coordinated case, *DivX v. Hulu, LLC*, Case No. 2:19-cv-01606-PSG-DFM (Dkt. Nos. 120 ("Application"), 121 ("Response")). Netflix files this notice because this case and the *Hulu* case have been coordinated for pre-trial discovery proceedings, and Hulu's Application requests a modification to some but not all of the schedule in the *Hulu* case.

As stated in its Motion to Stay and Reply in support (Dkt. Nos. 94, 104), Netflix contends that this case should be stayed pending the outcome of instituted and filed *inter partes* reviews currently before the U.S. Patent and Trademark Office. Separately, the COVID-19 pandemic has complicated and slowed certain aspects of discovery such that if the Court decides to extend deadlines, Netflix believes that adjusting the entire schedule in the case—rather than just certain claim construction dates—would be more appropriate. Nevertheless, Netflix does not oppose applying Hulu's proposed schedule to this case if the Court were to enter it in the *Hulu* case, even though Netflix believes that continuances of the remaining dates will likely be necessary in the future.

Netflix does, however, oppose DivX's proposal because it inserts two deadlines not currently in the schedule and that are not otherwise required by the Federal Rules of Civil Procedure or this District's local rules. *See Hulu*, Dkt. 121 at 9, Case No. 2:19-cv-01606-PSG-DFM (adding new deadlines for "Defendants supplement interrogatory responses relating to non-infringement contentions" and "The parties substantially complete document production in response to RFP not covered by L.R. 3-2 and 3-4"). Netflix therefore opposes DivX's proposed schedule.

| | | |
|---|---|---|
| DATED: May 8, 2020 | | Respectfully submitted, |
| | | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
| | By | */s/ David Perlson* |

David Perlson (Bar No. 209502)
davidperlson@quinnemanuel.com
Andrew Holmes (Bar No. 260475)
drewholmes@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, CA 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Brian Biddinger (Bar No. 224604)
brianbiddinger@quinnemanuel.com
51 Madison Avenue, 22nd Floor
New York, NY 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100

Lance Yang (Bar No. 260705)
lanceyang@quinnemanuel.com
Valerie Lozano (Bar No. 260020)
valerielozano@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, CA 90017
Telephone: (213) 443-3000
Facsimile:  (213) 443-3100

*Attorneys for Netflix, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on May 8, 2020, a copy of the foregoing document was served on counsel of record for Plaintiff DivX, LLC, via email:

Roman M. Silberfeld, rsilberfeld@robinskaplan.com

Daniel L. Allender, dallender@robinskaplan.com

Christopher A. Seidl, cseidl@robinskaplan.com

Aaron R. Fahrenkrog, afahrenkrog@robinskaplan.com

Bryan J. Mechell, bmechell@robinskaplan.com

William E. Manske, WManske@RobinsKaplan.com

Shui Li, SLi@RobinsKaplan.com

Emily J. Tremblay, etremblay@robinskaplan.com

Mary Pheng, MPheng@RobinsKaplan.com

Rajin S. Olson, ROlson@RobinsKaplan.com

Christine Yun Sauer, CYunSauer@RobinsKaplan.com

David M. Stein, dstein@ggtriallaw.com

*/s/  Jocelyn Ma*

Jocelyn Ma