| | |
|---|---|
| 1 | Matthew D. Powers (Bar No. 104795) |
| 2 | matthew.powers@tensegritylawgroup.com |
|   | TENSEGRITY LAW GROUP, LLP |
| 3 | 555 Twin Dolphin Drive, Suite 650 |
|   | Redwood Shores, CA 94065 |
| 4 | Telephone:  (650) 802-6000 |
| 5 | Facsimile:   (650) 802-6001 |
| 6 | |
|   | David M. Stein, SBN 198256 |
| 7 | dstein@brownrudnick.com |
|   | Brown Rudnick LLP |
| 8 | 2211 Michelson Drive, 7th Floor |
| 9 | Irvine, CA 92612 |
|   | Telephone: (949) 752-7100 |
| 10 | Facsimile:  (949) 252-1514 |

*Attorneys for Plaintiff DivX, LLC*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIVX, LLC, a Delaware limited liability company, | **Case No. 2:19-cv-1602 PSG (DFMx)** |
| Plaintiff and Counterclaim-Defendant, | **PLAINTIFF DIVX, LLC'S NOTICE OF MOTION AND MOTION TO LIFT STAY AND REOPEN CASE** |
| v. | |
| NETFLIX, INC., a Delaware corporation, | Date:   February 25, 2022 |
| Defendant and Counterclaimant. | Time:   1:30 pm |
| | Ctrm:   6A |
| | Judge:  Hon. Philip S. Gutierrez |

1   PLEASE TAKE NOTICE that on February 25, 2022, at 1:30pm, Plaintiff DivX, LLC hereby moves this Court to lift the stay and reopen the case because the IPR proceedings are now complete.

This Motion is made pursuant to this Notice of Motion and Motion to Lift Stay and Reopen Case, the accompanying Memorandum of Points and Authorities, the accompanying Declaration and exhibits thereto, and the [Proposed] Order on Plaintiff's Motion to Lift Stay and Reopen Case, and such other written or oral argument as may be presented at or before the time this motion is deemed submitted by the Court.

This motion is made following the conference of counsel pursuant to L.R. 7-3 which took place on December 28, 2021.

## RELIEF REQUESTED

Plaintiff respectfully requests that the Court lift the stay and reopen the above captioned case.

Dated: January 8, 2022                Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　/s/  Matthew D. Powers
Matthew D. Powers (Bar No. 104795)
matthew.powers@tensegritylawgroup.com
Paul T. Ehrlich (Bar No. 228543)
paul.ehrlich@tensegritylawgroup.com
William P. Nelson (Bar No. 196091)
william.nelson@tensegritylawgroup.com
Natasha M. Saputo (Bar No. 291151)
natasha.saputo@tensegritylawgroup.com
TENSEGRITY LAW GROUP, LLP
555 Twin Dolphin Drive, Suite 650
Redwood Shores, CA 94065
Telephone:  (650) 802-6000
Facsimile:   (650) 802-6001
DivX_Netflix_Service@tensegritylawgroup.com

Azra M. Hadzimehmedovic (Bar No. 239088)
azra@tensegritylawgroup.com
Aaron M. Nathan (Bar No. 251316)
aaron.nathan@tensegritylawgroup.com
Samantha A. Jameson (Bar No. 296411)
samantha.jameson@tensegritylawgroup.com
TENSEGRITY LAW GROUP, LLP
8260 Greensboro Drive, Suite 260
McLean, VA 22102
Telephone:  (703) 940-5033
Facsimile:   (650) 802-6001
DivX_Netflix_Service@tensegritylawgroup.com

David M. Stein, SBN 198256
dstein@brownrudnick.com
Brown Rudnick LLP
2211 Michelson Drive, 7th Floor
Irvine, CA 92612
Telephone:  (949) 752-7100
Facsimile:   (949) 252-1514

*Attorneys for Plaintiff*
*DivX, LLC*