Matthew D. Powers (Bar No. 104795)
matthew.powers@tensegritylawgroup.com
TENSEGRITY LAW GROUP, LLP
555 Twin Dolphin Drive, Suite 650
Redwood Shores, CA 94065
Telephone:  (650) 802-6000
Facsimile:   (650) 802-6001

David M. Stein, SBN 198256
dstein@brownrudnick.com
Brown Rudnick LLP
2211 Michelson Drive, 7th Floor
Irvine, CA 92612
Telephone: (949) 752-7100
Facsimile:  (949) 252-1514

*Attorneys for Plaintiff DivX, LLC*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIVX, LLC, a Delaware limited liability company,<br><br>    Plaintiff and Counterclaim-Defendant,<br><br>    v.<br><br>NETFLIX, INC., a Delaware corporation,<br><br>    Defendant and Counterclaimant. | Case No. 2:19-cv-1602 PSG (DFMx)<br><br>**SUPPLEMENTAL DECLARATION OF SAMANTHA A. JAMESON IN SUPPORT OF PLAINTIFF DIVX, LLC'S REPLY IN SUPPORT OF MOTION TO LIFT STAY AND REOPEN CASE**<br><br>Date:  February 25, 2022<br>Time:  1:30 pm<br>Ctrm:  6A<br>Judge:  Hon. Philip S. Gutierrez |

1     I, Samantha A. Jameson, declare as follows:

2     1.     I am a partner at the law firm of Tensegrity Law Group LLP, counsel of record for Plaintiff DivX, LLC, in the above captioned case.  I am an attorney in good standing licensed to practice in the State of California, the Commonwealth of Virginia, and the state of North Carolina.  I submit this supplemental declaration in support of DivX's Reply in Support of Motion to Lift Stay and Reopen Case.

3     2.     Attached hereto as Exhibit 12 is a true and correct copy of the Order Granting Defendants' Motion to Stay Pending *Inter Partes* Review, *Game and Technology Co. v. Blizzard Entertainment, Inc.*, No. CV-16-06499-BRO (SK) (C.D. Cal. Nov. 4, 2016).

4     3.     Attached hereto as Exhibit 13 is a true and correct copy of https://mailchi.mp/divx/grove-beta-app.

I declare under penalty of perjury that the foregoing is true and correct. Executed on February 11, 2022.

                    */s/ Samantha A. Jameson*
                       Samantha A. Jameson