# EXHIBIT 13




# Be the first to try our new app!

Sign up for the Grove® beta to capture and experience amazing moments together!

Grove beta is **free** and beta testing is currently available on iPhones only.

**Email Address**

**What type of phone do you use?**

◯ iPhone - Available NOW

◯ Android - Coming Soon

**Marketing Permissions**

Please select "Email" to receive notifications from DivX, LLC:

☐ Email

You can unsubscribe at any time by clicking the link in the footer of our emails. For information about our privacy practices, please visit our website.

We use Mailchimp as our marketing platform. By clicking below to subscribe, you acknowledge that your information will be transferred to Mailchimp for processing. Learn more about Mailchimp's privacy practices here.








**Get Early Access!**



## What is Grove?

Grove is a place to discover amazing video by location, topic and more. Create rooms to collaborate with friends and family to make wonderful video memories. Be one of the first to try it out!

We can't wait to share Grove with you! For now, Grove beta testing is limited to iPhones and only available through a beta program invite.

*© 2022 DivX, LLC. All rights reserved. DivX®,*

*Grove® and associated logos are trademarks*

*of DivX, LLC or its affiliates.*