Matthew D. Powers (Bar No. 104795)
matthew.powers@tensegritylawgroup.com
TENSEGRITY LAW GROUP, LLP
555 Twin Dolphin Drive, Suite 650
Redwood Shores, CA 94065
Telephone:  (650) 802-6000
Facsimile:   (650) 802-6001

David M. Stein, SBN 198256
dstein@brownrudnick.com
Brown Rudnick LLP
2211 Michelson Drive, 7th Floor
Irvine, CA 92612
Telephone: (949) 752-7100
Facsimile:  (949) 252-1514

*Attorneys for Plaintiff DivX, LLC*

David Perlson (Bar No. 209502)
davidperlson@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, CA 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

*Attorneys for Defendant Netflix, Inc.*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIVX, LLC, a Delaware limited liability company,<br><br>    Plaintiff and Counterclaim-Defendant,<br><br>    v.<br><br>NETFLIX, INC., a Delaware corporation,<br><br>    Defendant and Counterclaimant. | **Case No. 2:19-cv-1602 PSG (DFMx)**<br><br>**JOINT STATUS REPORT** |

1  Pursuant to the Court's March 29, 2022 Order, the parties in this case (CV 19-1602 PSG (DFMx)) jointly submit this status report regarding the resolution of an appeal pending before the Federal Circuit involving one of the asserted patents.

Specifically, on June 27, 2022, the Federal Circuit issued its decision in an appeal from the decision of the Patent Trial and Appeal Board ("PTAB") denying a validity challenge by Netflix to U.S. Patent No. 8,139,651 (the 651 Patent). The Federal Circuit vacated the PTAB's construction of a limitation in Claim 1 of the 651 Patent based upon what it deemed an improperly narrow construction of "level of detail" that applies to Claim 1 and its dependent claims. Additionally, the Federal Circuit remanded the case back to the PTAB with instructions to analyze Claim 1 under the new construction, and to address DivX's remaining arguments for finding that Claim 1 is not unpatentable. In addition, the Federal Circuit upheld the Patent Office's decision rejecting Netflix's argument that Claims 2 and 4 were unpatentable.

Neither party challenged the Federal Circuit's decision. The mandate in the Federal Circuit appeal issued on August 3, 2022, and the matter is remanded to the PTAB, which has a goal of resolving the remand by February 3, 2023.

DivX has asserted a total of eight patents against Netflix. Certain but not all claims of six patents in addition to the 651 Patent are subject to appeal at the Federal Circuit, and these appeals are in various stages of briefing. The remaining eighth patent, U.S. Patent No. 10,212,486, was not subject of a PTAB proceeding and is not subject of an appeal.

Dated: August 11, 2022                              Respectfully submitted,

/s/ Matthew D. Powers                               /s/ Lance Yang
Matthew D. Powers (Bar No. 104795)                  David Perlson (Bar No. 209502)
matthew.powers@tensegritylawgroup.com               davidperlson@quinnemanuel.com
Paul T. Ehrlich (Bar No. 228543)                    Andrew Holmes (Bar No. 260475)
paul.ehrlich@tensegritylawgroup.com                 drewholmes@quinnemanuel.com
William P. Nelson (Bar No. 196091)                  50 California Street, 22nd Floor
william.nelson@tensegritylawgroup.com               San Francisco, CA 94111

| | | |
|---|---|---|
| 1 | Natasha M. Saputo (Bar No. 291151) | Telephone: (415) 875-6600 |
| | natasha.saputo@tensegritylawgroup.com | Facsimile: (415) 875-6700 |
| 2 | TENSEGRITY LAW GROUP, LLP | |
| 3 | 555 Twin Dolphin Drive, Suite 650 | Brian Biddinger (Bar No. 224604) |
| | Redwood Shores, CA 94065 | brianbiddinger@quinnemanuel.com |
| 4 | Telephone:  (650) 802-6000 | 51 Madison Avenue, 22nd Floor |
| 5 | Facsimile:   (650) 802-6001 | New York, NY 10010 |
| | DivX_Hulu_Service@tensegritylawgroup.com | Telephone: (212) 849-7000 |
| 6 | DivX_Netflix_Service@tensegritylawgroup.com | Facsimile: (212) 849-7100 |
| 7 | | |
| | | Lance Yang (Bar No. 260705) |
| 8 | | lanceyang@quinnemanuel.com |
| 9 | Azra M. Hadzimehmedovic (Bar No. 239088) | Valerie Lozano (Bar No. 260020) |
| 10 | azra@tensegritylawgroup.com | valerielozano@quinnemanuel.com |
| | Aaron M. Nathan (Bar No. 251316) | 865 S. Figueroa St., 10th Floor |
| 11 | aaron.nathan@tensegritylawgroup.com | Los Angeles, CA 90017 |
| 12 | Samantha A. Jameson (Bar No. 296411) | Telephone: (213) 443-3000 |
| | samantha.jameson@tensegritylawgroup.com | Facsimile: (213) 443-3100 |
| 13 | TENSEGRITY LAW GROUP, LLP | |
| 14 | 8260 Greensboro Drive, Suite 260 | ***Attorneys for Defendant Netflix, Inc.*** |
| 15 | McLean, VA 22102 | |
| 16 | Telephone:  (703) 940-5033 | |
| | Facsimile:   (650) 802-6001 | |
| 17 | DivX_Netflix_Service@tensegritylawgroup.com | |
| 18 | | |
| 19 | | |
| 20 | David M. Stein, SBN 198256 | |
| | dstein@brownrudnick.com | |
| 21 | Brown Rudnick LLP | |
| 22 | 2211 Michelson Drive, 7th Floor | |
| | Irvine, CA 92612 | |
| 23 | Telephone:  (949) 752-7100 | |
| 24 | Facsimile:   (949) 252-1514 | |
| 25 | ***Attorneys for Plaintiff*** | |
| | ***DivX, LLC*** | |
| 26 | | |
| 27 | | |
| 28 | | |

JOINT STATUS REPORT           2           CASE NO. 2:19-CV-1602 PSG (DFMx)

## ATTESTATION

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I hereby attest that concurrence in the filing of this document has been obtained from Lance Yang, counsel of record for Defendant.

Date: August 11, 2022

                                       */s/ Matthew D. Powers*
                                       Matthew D. Powers