| | |
|---|---|
| Matthew D. Powers (Bar No. 104795) | James M. Dowd (Bar No. 259578) |
| matthew.powers@tensegritylawgroup.com | James.Dowd@wilmerhale.com |
| TENSEGRITY LAW GROUP, LLP | 350 South Grand Avenue, Suite 2400 |
| 555 Twin Dolphin Drive, Suite 650 | Los Angeles, CA 90071 |
| Redwood Shores, CA 94065 | Telephone: (213) 443-5309 |
| Telephone: (650) 802-6000 | Facsimile: (213) 443-5400 |
| Facsimile: (650) 802-6001 | |

*Attorneys for Defendant Netflix, Inc.*

David M. Stein, SBN 198256
dstein@brownrudnick.com
Brown Rudnick LLP
2211 Michelson Drive, 7th Floor
Irvine, CA 92612
Telephone: (949) 752-7100
Facsimile: (949) 252-1514

*Attorneys for Plaintiff DivX, LLC*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIVX, LLC, a Delaware limited liability company,<br><br>  Plaintiff and Counterclaim-Defendant,<br><br>  v.<br><br>NETFLIX, INC., a Delaware corporation,<br><br>  Defendant and Counterclaimant. | **Case No. 2:19-cv-1602 PSG (DFMx)**<br><br>**JOINT STATUS REPORT** |

1  Pursuant to the Court's March 29, 2022 Order, the parties in this case (CV 19-1602 PSG (DFMx)) jointly submit this status report regarding the resolution of an appeal pending before the Federal Circuit involving one of the asserted patents.

On March 1, 2023, the Federal Circuit issued its decision in an appeal from the decision of the Patent Trial and Appeal Board ("PTAB") regarding a validity challenge by Netflix to U.S. Patent No. 10,225,588 ("'588 Patent"). The Federal Circuit vacated the PTAB's final written decision and remanded the case for further proceedings regarding the PTAB's application of the obviousness analysis.

Neither party challenged the Federal Circuit's decision. The mandate in the Federal Circuit appeal issued on April 7, 2023, and the matter is remanded to the PTAB, which has a goal of resolving the remand by October 7, 2023.

DivX has asserted a total of eight patents against Netflix. One of the asserted patents, U.S. Patent No. 10,212,486, was not subject of a PTAB proceeding and is not subject of an appeal. For the remaining seven patents, some but not all asserted claims of those patents were subject to *inter partes* review and appeal. Two of those appeals, for the '588 Patent and for U.S. Patent No. 8,139,651, have been completed. *See* Dkt. No. 132 (August 11, 2022 Joint Status Report). The remaining four appeals have been fully briefed and were argued before the Federal Circuit in March and early April, and the parties await the Federal Circuit's decisions.

Dated: April 17, 2023

Respectfully submitted,

/s/ Matthew D. Powers
Matthew D. Powers (Bar No. 104795)
matthew.powers@tensegritylawgroup.com
Paul T. Ehrlich (Bar No. 228543)
paul.ehrlich@tensegritylawgroup.com
William P. Nelson (Bar No. 196091)
william.nelson@tensegritylawgroup.com
Natasha M. Saputo (Bar No. 291151)
natasha.saputo@tensegritylawgroup.com
Jerome Ma (Bar No. 335129)

/s/ Mary (Mindy) V. Sooter
James M. Dowd (Bar No. 259578)
James.Dowd@wilmerhale.com
Jason Choy (Bar No. 277583)
Jason.Choy@wilmerhale.com
350 South Grand Avenue, Suite 2400
Los Angeles, CA 90071
Telephone: (213) 443-5309
Facsimile: (213) 443-5400

| | | |
|---|---|---|
| 1 | Jerome.Ma@tensegritylawgroup.com<br>TENSEGRITY LAW GROUP, LLP | Mary (Mindy) V. Sooter (*admitted pro hac vice*) |
| 2 | 555 Twin Dolphin Drive, Suite 650 | Mindy.Sooter@wilmerhale.com |
| 3 | Redwood Shores, CA 94065<br>Telephone:   (650) 802-6000 | 1225 Seventeenth St., Suite 2600<br>Denver, CO 80202 |
| 4 | Facsimile:   (650) 802-6001 | Telephone: (720) 274-3164 |
| 5 | DivX_Netflix_Service@tensegritylawgroup.com | Facsimile: (720) 274-3133 |
| 6 | | ***Attorneys for Defendant Netflix, Inc.*** |
| 7 | Azra M. Hadzimehmedovic (Bar No. 239088) | |
| 8 | azra@tensegritylawgroup.com | |
| 9 | Aaron M. Nathan (Bar No. 251316)<br>aaron.nathan@tensegritylawgroup.com | |
| 10 | Samantha A. Jameson (Bar No. 296411) | |
| 11 | samantha.jameson@tensegritylawgroup.com | |
| 12 | TENSEGRITY LAW GROUP, LLP | |
| 13 | 8260 Greensboro Drive, Suite 260<br>McLean, VA 22102 | |
| 14 | Telephone:   (703) 940-5033 | |
| 15 | Facsimile:   (650) 802-6001 | |
| 16 | David M. Stein, SBN 198256 | |
| 17 | dstein@brownrudnick.com | |
| 18 | Brown Rudnick LLP<br>2211 Michelson Drive, 7th Floor | |
| 19 | Irvine, CA 92612 | |
| 20 | Telephone:   (949) 752-7100<br>Facsimile:   (949) 252-1514 | |
| 21 | | |
| 22 | ***Attorneys for Plaintiff***<br>***DivX, LLC*** | |
| 23 | | |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

JOINT STATUS REPORT     2     CASE NO. 2:19-CV-1602 PSG (DFMx)

## ATTESTATION

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I hereby attest that concurrence in the filing of this document has been obtained from Mary (Mindy) V. Sooter, counsel of record for Defendant.

Date: April 17, 2023

                                          */s/ Matthew D. Powers*
                                          Matthew D. Powers