| | |
|---|---|
| Matthew D. Powers (Bar No. 104795)<br>matthew.powers@tensegritylawgroup.com<br>TENSEGRITY LAW GROUP, LLP<br>555 Twin Dolphin Drive, Suite 650<br>Redwood Shores, CA 94065<br>Telephone:  (650) 802-6000<br>Facsimile:   (650) 802-6001 | James M. Dowd (Bar No. 259578)<br>James.Dowd@wilmerhale.com<br>350 South Grand Avenue, Suite 2400<br>Los Angeles, CA 90071<br>Telephone: (213) 443-5309<br>Facsimile: (213) 443-5400<br><br>*Attorneys for Defendant Netflix, Inc.* |

David M. Stein, SBN 198256
dstein@brownrudnick.com
Brown Rudnick LLP
2211 Michelson Drive, 7th Floor
Irvine, CA 92612
Telephone: (949) 752-7100
Facsimile:  (949) 252-1514

*Attorneys for Plaintiff DivX, LLC*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIVX, LLC, a Delaware limited liability company,<br><br>    Plaintiff and Counterclaim-Defendant,<br><br>    v.<br><br>NETFLIX, INC., a Delaware corporation,<br><br>    Defendant and Counterclaimant. | **Case No. 2:19-cv-1602 PSG (DFMx)**<br><br>**JOINT STATUS REPORT AFTER COMPLETION OF FEDERAL CIRCUIT APPEALS** |

1  Pursuant to the Court's March 29, 2022, Order, the parties in this case jointly submit this status report. All decisions on appeal from the IPR proceedings have now issued. Out of eight asserted patents, five asserted patents are no longer subject to any proceedings at the Patent Trial and Appeal Board ("PTAB"), and three asserted patents are subject to ongoing remand proceedings at the PTAB.

DivX intends to file a motion requesting that the stay of this case be lifted on the basis that all Federal Circuit appeals have been concluded.

Netflix will oppose DivX's motion, on the basis that three of the eight asserted patents are still undergoing proceedings at the PTAB.

| | |
|---|---|
| Dated: October 30, 2023 | Respectfully submitted, |
| /s/ Matthew D. Powers | /s/ Mary (Mindy) V. Sooter |
| Matthew D. Powers (Bar No. 104795) | James M. Dowd (Bar No. 259578) |
| matthew.powers@tensegritylawgroup.com | James.Dowd@wilmerhale.com |
| Paul T. Ehrlich (Bar No. 228543) | Jason Choy (Bar No. 277583) |
| paul.ehrlich@tensegritylawgroup.com | Jason.Choy@wilmerhale.com |
| William P. Nelson (Bar No. 196091) | 350 South Grand Avenue, Suite 2400 |
| william.nelson@tensegritylawgroup.com | Los Angeles, CA 90071 |
| Natasha M. Saputo (Bar No. 291151) | Telephone: (213) 443-5309 |
| natasha.saputo@tensegritylawgroup.com | Facsimile: (213) 443-5400 |
| Jerome Ma (Bar No. 335129) | |
| Jerome.Ma@tensegritylawgroup.com | Mary (Mindy) V. Sooter (*admitted pro hac vice*) |
| TENSEGRITY LAW GROUP, LLP | |
| 555 Twin Dolphin Drive, Suite 650 | Mindy.Sooter@wilmerhale.com |
| Redwood Shores, CA 94065 | 1225 Seventeenth St., Suite 2600 |
| Telephone: (650) 802-6000 | Denver, CO 80202 |
| Facsimile: (650) 802-6001 | Telephone: (720) 274-3164 |
| DivX_Netflix_Service@tensegritylawgroup.com | Facsimile: (720) 274-3133 |
| | **Attorneys for Defendant Netflix, Inc.** |
| Azra M. Hadzimehmedovic (Bar No. 239088) | |
| azra@tensegritylawgroup.com | |

Aaron M. Nathan (Bar No. 251316)
aaron.nathan@tensegritylawgroup.com
Samantha A. Jameson (Bar No. 296411)
samantha.jameson@tensegritylawgroup.com
TENSEGRITY LAW GROUP, LLP
8260 Greensboro Drive, Suite 260
McLean, VA 22102
Telephone:  (703) 940-5033
Facsimile:   (650) 802-6001

David M. Stein, SBN 198256
dstein@brownrudnick.com
Brown Rudnick LLP
2211 Michelson Drive, 7th Floor
Irvine, CA 92612
Telephone:  (949) 752-7100
Facsimile:   (949) 252-1514

*Attorneys for Plaintiff*
*DivX, LLC*

## **ATTESTATION**

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I hereby attest that concurrence in the filing of this document has been obtained from Mary (Mindy) V. Sooter, counsel of record for Defendant.

Date: October 30, 2023

                                                  */s/  Matthew D. Powers*
                                                   Matthew D. Powers