Matthew D. Powers (Bar No. 104795)
matthew.powers@tensegritylawgroup.com
TENSEGRITY LAW GROUP, LLP
555 Twin Dolphin Drive, Suite 650
Redwood Shores, CA 94065
Telephone:  (650) 802-6000
Facsimile:   (650) 802-6001

David M. Stein, SBN 198256
dstein@brownrudnick.com
Brown Rudnick LLP
2211 Michelson Drive, 7th Floor
Irvine, CA 92612
Telephone: (949) 752-7100
Facsimile:  (949) 252-1514

*Attorneys for Plaintiff DivX, LLC*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIVX, LLC, a Delaware limited liability company,<br><br>Plaintiff and Counterclaim-Defendant,<br><br>v.<br><br>NETFLIX, INC., a Delaware corporation,<br><br>Defendant and Counterclaimant. | **Case No. 2:19-cv-1602 PSG (DFMx)**<br><br>**PLAINTIFF DIVX, LLC'S NOTICE OF MOTION AND MOTION TO LIFT STAY AND REOPEN CASE**<br><br>Date:  January 26, 2024<br>Time:  1:30 pm<br>Ctrm:  6A<br>Judge: Hon. Philip S. Gutierrez |

PLEASE TAKE NOTICE that on January 26, 2024, at 1:30pm, Plaintiff DivX, LLC hereby moves this Court to lift the stay and reopen the case because the IPR proceedings are now substantially complete.  For five of the eight asserted patents, IPR proceedings are complete. For two additional patents, the remand proceedings at the PTAB are expected to be completed by the time of the hearing on this motion, and for the eighth patent, one asserted claim is not part of the IPR proceeding, and the remand for the remaining claims is expected to be completed by April 2024, which will be only three months after the stay is lifted and during ongoing fact discovery.

This Motion is made pursuant to this Notice of Motion and Motion to Lift Stay and Reopen Case, the accompanying Memorandum of Points and Authorities, the accompanying Declaration and exhibits thereto, and the [Proposed] Order on Plaintiff's Motion to Lift Stay and Reopen Case, and such other written or oral argument as may be presented at or before the time this motion is deemed submitted by the Court.

This motion is made following the conference of counsel pursuant to L.R. 7-3 which took place on October 30, 2023.  As Netflix stated in the parties' Joint Status Report, it opposes this motion.  Dkt. 142 at 1.

### **RELIEF REQUESTED**

Plaintiff respectfully requests that the Court lift the stay and reopen the above captioned case.

Dated: December 29, 2023            Respectfully submitted,

   /s/    Matthew D. Powers
Matthew D. Powers (Bar No. 104795)
matthew.powers@tensegritylawgroup.com
Paul T. Ehrlich (Bar No. 228543)
paul.ehrlich@tensegritylawgroup.com
William P. Nelson (Bar No. 196091)
william.nelson@tensegritylawgroup.com
Natasha M. Saputo (Bar No. 291151)

| | |
|---|---|
| 1 | natasha.saputo@tensegritylawgroup.com |
| 2 | TENSEGRITY LAW GROUP, LLP |
|   | 555 Twin Dolphin Drive, Suite 650 |
| 3 | Redwood Shores, CA 94065 |
|   | Telephone:    (650) 802-6000 |
| 4 | Facsimile:     (650) 802-6001 |
| 5 | DivX_Netflix_Service@tensegritylawgroup.com |
| 6 | Azra M. Hadzimehmedovic (Bar No. 239088) |
| 7 | azra@tensegritylawgroup.com |
|   | Aaron M. Nathan (Bar No. 251316) |
| 8 | aaron.nathan@tensegritylawgroup.com |
|   | Samantha A. Jameson (Bar No. 296411) |
| 9 | samantha.jameson@tensegritylawgroup.com |
| 10 | TENSEGRITY LAW GROUP, LLP |
|    | 1676 International Drive, Suite 910 |
| 11 | McLean, VA 22102 |
| 12 | Telephone:    (703) 940-5033 |
|    | Facsimile:     (650) 802-6001 |
| 13 | DivX_Netflix_Service@tensegritylawgroup.com |
| 14 | |
| 15 | David M. Stein, SBN 198256 |
|    | dstein@brownrudnick.com |
| 16 | Brown Rudnick LLP |
| 17 | 2211 Michelson Drive, 7th Floor |
|    | Irvine, CA 92612 |
| 18 | Telephone: (949) 752-7100 |
|    | Facsimile:   (949) 252-1514 |
| 19 | |
| 20 | *Attorneys for Plaintiff* |
| 21 | *DivX, LLC* |