Matthew D. Powers (Bar No. 104795)
matthew.powers@tensegritylawgroup.com
TENSEGRITY LAW GROUP, LLP
555 Twin Dolphin Drive, Suite 650
Redwood Shores, CA 94065
Telephone: (650) 802-6000
Facsimile: (650) 802-6001

David M. Stein, SBN 198256
dstein@brownrudnick.com
Brown Rudnick LLP
2211 Michelson Drive, 7th Floor
Irvine, CA 92612
Telephone: (949) 752-7100
Facsimile: (949) 252-1514

*Attorneys for Plaintiff DivX, LLC*

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIVX, LLC, a Delaware limited liability company,<br><br>Plaintiff and Counterclaim-Defendant,<br><br>v.<br><br>NETFLIX, INC., a Delaware corporation,<br><br>Defendant and Counterclaimant. | **Case No. 2:19-cv-1602 PSG (DFMx)**<br><br>**DECLARATION OF SAMANTHA JAMESON IN SUPPORT OF PLAINTIFF DIVX, LLC'S MOTION TO LIFT STAY AND REOPEN CASE**<br><br>Date:  January 26, 2023<br>Time:  1:30 pm<br>Ctrm:  6A<br>Judge:  Hon. Philip S. Gutierrez |

I, Samantha A. Jameson, declare as follows:

1. I am a partner at the law firm of Tensegrity Law Group LLP, counsel of record for Plaintiff DivX, LLC, in the above captioned case. I am an attorney in good standing licensed to practice in the State of California, the Commonwealth of Virginia, and the state of North Carolina. I submit this declaration in support of DivX's Motion to Lift Stay and Reopen Case.

2. Attached hereto as **Exhibit 1** is a true and correct copy of Patent Trial and Appeal Board (PTAB) Standard Operating Procedure 3, https://www.uspto.gov/sites/default/files/documents/ptab_sop_3-2023-oct.pdf.

3. Attached hereto as **Exhibit 2** is a true and correct copy of *Game & Tech. Co. v. Blizzard Entm't, Inc.*, No. CV 16-06499-BRO (SK), slip op. (C.D. Cal. May 15, 2017) (O'Connell, J.)

4. Attached hereto as **Exhibit 3** is a true and correct copy of *Lund Motion Prods., Inc. v. T-Max Hangzhou Tech. Co.*, No. SACV 17-01914-CJC-JPR, Order (C.D. Cal. May 13, 2020).

5. Attached hereto as **Exhibit 4** is a true and correct copy of *Helferich Patent Licensing, L.L.C. v. The New York Times Co.*, Case No. 10-cv-4387, slip op. (N.D. Ill. May 8, 2012).

6. Attached hereto as **Exhibit 5** is a true and correct copy of DivX Press Release "The Walt Disney Company Signs IP License Agreement With DivX," August 10, 2022.

7. Attached hereto as **Exhibit 6** is a true and correct copy of a Statista Report, "Market shares of selected subscription video-on-demand (SVOD) services in the United States in 2nd quarter 2023."

8. Attached hereto as **Exhibit 7** is a true and correct copy of an excerpt of Parr, R. L. and Sullivan, P. H, Technology Licensing: Corporate Strategies For Maximizing Value, 1996.

9. Attached hereto as **Exhibit 8** is a true and correct copy of D. Kass,

1  "Samsung, LG Settle DivX Patent Fights Over Smart TVs," Law360, July 29, 2021.

3      I declare under penalty of perjury that the foregoing is true and correct. Executed on December 29, 2023.

                                                    */s/  Samantha A. Jameson*
                                                     Samantha A. Jameson