# EXHIBIT 5





FREE DOWNLOAD

# The Walt Disney Company Signs IP License Agreement With DivX

Disney to gain access to DivX's global portfolio of video technology patents.

August 10, 2022

**SAN DIEGO, CA –** DivX, LLC, a pioneer in digital video technology, today announced that The Walt Disney Company, whose streaming services include Disney+, Hulu, and ESPN+, has signed an intellectual property (IP) licensing agreement.

## About DivX, LLC

DivX, LLC develops innovative technology to provide extraordinary digital entertainment experiences on any device. Since 2000, DivX has been setting the standard for high-quality digital video by creating pioneering technologies for consumers, device manufactures and streaming services around the world. DivX licenses its technology to enable stunning video playback, and major consumer electronics brands have shipped 1.7 billion DivX-enabled devices worldwide. DivX also licenses its global portfolio of foundational video patents to leading consumer electronics and video streaming companies. The DivX consumer software has over 1 billion worldwide downloads and provides consumers the tools to play, convert and cast their content. DivX is headquartered in San Diego, California. For more information, please visit **www.divx.com**.

Manage consent

