# EXHIBIT 6

# Market shares of selected subscription video-on-demand (SVOD) services in the United States in 2nd quarter 2023

Market share

- Amazon Prime Video: 21%
- Netflix: 20%
- Max: 15%
- Disney+: 13%
- Hulu: 11%
- Paramount+: 7%
- Apple TV+: 6%
- Other: 7%

Sources
JustWatch; Media Play News
© Statista 2023

Additional Information:
United States; JustWatch; Q2 2023; measured interest in SVOD services on JustWatch, when select certain streaming services

