JS-5

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 19-1602-GW-DFMx | Date | May 1, 2024 |
|---|---|---|---|
| Title | *DIVX, LLC v. Netflix, Inc.* | | |

Present: The Honorable **GEORGE H. WU, UNITED STATES DISTRICT JUDGE**

| Javier Gonzalez | None Present | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs: Attorneys Present for Defendants:

None Present | None Present

**PROCEEDINGS:** **IN CHAMBERS - ORDER**

The Court has received the parties' Joint Status Report (ECF No. 164) regarding *inter partes review* proceedings before the PTO. After considering the positions of the parties, the Court lifts the stay. The parties shall file by May 6, 2024, a joint document with their respective positions as to scheduling future dates in this matter and the Court sets a scheduling conference for May 9, 2024 at 8:30 a.m. Parties can appear telephonically by contacting the court clerk at javier_gonzalez@cacd.uscourts.gov.

Case reopened. Made JS-5.

:

Initials of Preparer   JG