UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 19-1602-GW-DFMx | Date | February 24, 2025 |
|---|---|---|---|
| Title | *DIVX, LLC v. Netflix, Inc.* | | |

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE |
|---|---|

| Javier Gonzalez | Terri A. Hourigan | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Jason G. Sheasby<br>Aaron R. Fahrenkrog | Mary V. Sooter<br>Joseph T. Gooch |

**PROCEEDINGS:** TELEPHONIC SCHEDULING CONFERENCE

Court and counsel confer. The Court adopts the following dates:

| EVENT | DATE |
|---|---|
| Deadline for DivX to supplement infringement contentions based on current Netflix disclosures and production and to comply with the Court's order on Netflix's Motion to Strike (Dkt. 294, 297) | March 3, 2025 |
| Deadline to disclose reliance on advice of counsel | March 7, 2025 |
| Deadline to substantially complete document production | May 8, 2025 |
| Deadline to exchange privilege logs | May 15, 2025 |
| Fact discovery closes | June 13, 2025 |
| Expert disclosures (initial) | July 11, 2025 |
| Expert disclosures (rebuttal) | August 8, 2025 |
| Expert discovery cut-off<br>• three expert depositions extended to September 5, 2025. The Court requires the parties to identify the experts within 30 days. | September 5, 2025 |

  : 05

Initials of Preparer   JG

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV 19-1602-GW-DFMx | Date | February 24, 2025 |
| Title | *DIVX, LLC v. Netflix, Inc.* | | |

| | |
|---|---|
| Deadline to file dispositive motions, including *Daubert* motions | September 12, 2025 |
| Deadline to file opposition to dispositive motions | September 29, 2025 |
| Deadline to file reply to dispositive motions | October 6, 2025 |
| Proposed date for mediation | October 9, 2025 |
| Joint status report re mediation | October 14, 2025 at noon |
| Post-Mediation Status Conference | October 16, 2025 at 8:30 a.m. |
| Last day to hear dispositive motions Last day to hear dispositive motions | October 20, 2025 |
| Parties must prepare and exchange:<br>• a list of pre-marked exhibits that the party intends to use at trial<br>• copies of the exhibits on the list (except that exhibits previously provided during discovery and Bates-stamped need not be produced again)<br>• a list of witnesses that the party intends to call at trial<br>• marked deposition transcripts as required by local rules and standing order (for testimony presented via deposition)<br>• an initial version of the short statement of the case to be read to the jury panel<br>• proposed jury instructions<br>• any verdict forms that the party wishes to utilize<br>• contentions of law and fact | October 28, 2025 |
| Deadline to file motions in limine | October 30, 2025 |
| Deadline to exchange deposition designation objections and counters | November 6, 2025 |
| Deadline to file opposition to motions in limine | November 7, 2025 |
| Deadline to meet-and-confer in person about joint filings | November 10, 2025 |
| Deadline to file replies to motions in limine | November 14, 2025 |

| | : | 05 |
|---|---|---|
| | Initials of Preparer | JG |

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 19-1602-GW-DFMx | Date | February 24, 2025 |
|---|---|---|---|
| Title | *DIVX, LLC v. Netflix, Inc.* | | |

| | |
|---|---|
| Parties must file:<br>• joint statement of the case<br>• joint exhibit list (with any concomitant objections)<br>• joint witness list<br>• joint proposed jury instructions<br>• joint special verdict forms (if any)<br>• stipulation(s) of facts as per Local Rule 16-2.2<br>• contentions of law and fact | November 14, 2025 |
| Parties must lodge disputed deposition designations with the Court | November 14, 2025 |
| Final pre-trial conference | November 20, 2025 at 8:30 a.m. |
| File final joint statement of the case, trial brief pursuant to L.R. 16-10, if applicable | November 25, 2025 |
| Jury Trial begins | December 2, 2025 at 9:00 a.m. |

|  | : | 05 |
|---|---|---|
| | Initials of Preparer | JG |