Mary (Mindy) V. Sooter (*pro hac vice*)
Mindy.Sooter@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
1225 Seventeenth St., Suite 2600
Denver, CO 80202
Telephone: (720) 274-3164
Facsimile: (720) 274-3133

Joseph Taylor Gooch (SBN 294282)
Taylor.Gooch@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
50 California Street, Suite 3600
San Francisco, CA 94111
Telephone:  (628) 235-1000
Facsimile:   (628) 235-1001

*Attorneys for Defendant and Counterclaimant Netflix, Inc.*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIVX, LLC, a Delaware limited liability company,<br><br>Plaintiff and Counterclaim-Defendant,<br><br>v.<br><br>NETFLIX, INC., a Delaware corporation,<br><br>Defendant and Counterclaimant. | Case No. 2:19-cv-1602-GW-AGRx<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT NETFLIX, INC.'S MOTION FOR LEAVE TO SUPPLEMENT ITS INVALIDITY CONTENTIONS** |

This matter is before the Court pursuant to Defendant Netflix, Inc. ("Netflix") Motion for Leave to Supplement Invalidity Contentions ("Motion") pursuant to N.D. Cal Local Rule 3-6 ("Motion"). Having considered the briefing, supporting documents, and all other matters properly before the Court, being fully advised on the pleadings, and for good cause appearing:

IT IS HEREBY ORDERED THAT Netflix's Motion is GRANTED.

Dated: _____

_____

The Hon. George Wu

U.S. District Judge