**IN THE UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DIVX, LLC, a Delaware limited liability company,<br><br>Plaintiff and Counterclaim-Defendant,<br><br>v.<br><br>NETFLIX, INC., a Delaware corporation,<br><br>Defendant and Counterclaimant. | Case No. 2:19-cv-1602-GW-AGRx<br><br>**[PROPOSED] ORDER GRANTING NETFLIX'S MOTION TO AMEND ITS ANSWER** |

# [PROPOSED] ORDER

This matter is before the Court pursuant to Defendant Netflix, Inc.'s ("Netflix") Motion for Leave to Amend Its Answer. Having considered the briefing, supporting documents, and all other matters properly before the Court, being fully advised on the pleadings, and for good cause appearing:

IT IS HEREBY ORDERED THAT Netflix's Motion is GRANTED.

Dated:_____    _____
                          The Hon. George Wu
                          Untied States District Court Judge