

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIVX, LLC,<br><br>    Plaintiff and Counterclaim-<br>    Defendant,<br><br>    v.<br><br>NETFLIX, INC.,<br><br>    Defendant and Counterclaimant. | Case No. 2:19-cv-1602-GW (AGRx)<br><br>**VERDICT FORM** |

## JURY VERDICT FORM

In answering the following questions, you are to follow the Court's final instructions, follow the instructions contained in this form, and apply the following definitions:

"**DivX**" refers to DivX, LLC

"**Netflix**" refers to Netflix, Inc.

"**'673 Patent**" refers to U.S. Patent No. 7,295,673

"**'651 Patent**" refers to U.S. Patent No. 8,139,651

"**'792 Patent**" refers to U.S. Patent No. 8,472,792

"**'486 Patent**" refers to U.S. Patent No. 10,212,486

All four of these patents are collectively referred to as "the asserted patents."

In answering these questions, you are to follow all of the instructions I have given you in the Jury Instructions. Some of the questions contain legal terms that are defined and explained in detail in the Jury Instructions. Please refer to the Jury Instructions if you are unsure about the meaning or usage of any legal term that appears in the questions below. Additionally, please follow the directions provided throughout the form. Your answer to each question must be unanimous.

We, the jury, unanimously agree to the answers to the following questions and return them under the instructions of this court as our verdict in this case.

- 1 -

## INFRINGEMENT

**Question 1: Has DivX proven by a preponderance of the evidence that Netflix has infringed the following claims?**

Directions: Please answer for each separate claim by checking either the "YES" column or "NO" column.

| '673 Patent | YES (in favor of DivX) | NO (in favor of Netflix) |
|---|---|---|
| Claim 29 | | ✓ |
| Claim 32 (includes the requirements of claim 29 and claim 30) | | ✓ |

| '651 Patent | YES (in favor of DivX) | NO (in favor of Netflix) |
|---|---|---|
| Claim 2 (includes the requirements of claim 1) | | ✓ |

| '792 Patent | YES (in favor of DivX) | NO (in favor of Netflix) |
|---|---|---|
| Claim 16 (includes the requirements of claim 15) | | ✓ |

| '486 Patent | YES (in favor of DivX) | NO (in favor of Netflix) |
|---|---|---|
| Claim 1 | | ✓ |
| Claim 4 (includes the requirements of claim 1) | | ✓ |
| Claim 15 | | ✓ |

If you answered "no" to each of the questions above, you do not need to answer any more questions.  Please turn to page 5 and sign the verdict form.

- 2 -

## INVALIDITY

**Question 2:**

    **If you found any of the asserted patents to be infringed proceed to answer the following questions *for that patent.* For any patent that you found *not* infringed, you do not need to answer this question.**

    **Has Netflix proven by clear and convincing evidence that any of the following claims are invalid?**

    **Directions: Please answer for each separate claim by checking either the "YES" column or "NO" column.**

| '673 Patent | YES (in favor of Netflix) | NO (in favor of DivX) |
|---|---|---|
| Claim 29 | | |
| Claim 32 | | |

| '651 Patent | YES (in favor of Netflix) | NO (in favor of DivX) |
|---|---|---|
| Claim 2 | | |

| '792 Patent | YES (in favor of Netflix) | NO (in favor of DivX) |
|---|---|---|
| Claim 16 | | |

| '486 Patent | YES (in favor of Netflix) | NO (in favor of DivX) |
|---|---|---|
| Claim 1 | | |
| Claim 4 | | |
| Claim 15 | | |

    If you answered "yes" for each of the patents that you previously found infringed, you do not need to answer any more questions. Please turn to page 5 and sign the verdict form.

- 3 -

## DAMAGES

**Directions: If for any or all of the asserted patent claims listed above, you answered "YES" for infringement and "NO" for invalidity, please answer the questions below for such patents. Otherwise, please proceed to the end and sign the verdict form.**

**Question 3**: What sum of money do you find DivX has proven, by a preponderance of the evidence, would compensate DivX for infringement by Netflix?

| Patent | Amount |
|--------|--------|
| '673 Patent | |
| '651 Patent | |
| '792 Patent | |
| '486 Patent | |
| TOTAL: | |

**Question 4**: Is the total amount you found in Question 3 a one-time lump sum for past and future sales or a running royalty?  Check <u>one</u> of the following:

One-time lump sum [_____]

OR

Running royalty [\_\_\_\_\_]

- 4 -

## FINAL PAGE OF JURY VERDICT FORM

You have now reached the end of the verdict form and should review it to ensure that it accurately reflects your **unanimous** determinations. After you have satisfied that your unanimous answers are correctly reflected above, your Presiding Juror should then sign and date this Verdict Form in the space below. Once that is done, notify the Courtroom Deputy that you have reached a verdict. The presiding juror should retain possession of the Verdict Form and bring it when the jury is brought back into the courtroom.

SIGNED this ____25____ day of March, 2026.

*REDACTED*

PRESIDING JUROR

- 5 -