# IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIVX, LLC, a Delaware limited liability company, | Case No. CV 19-1602-GW-AGRx |
| Plaintiff and Counterclaim-Defendant, | **FINAL JUDGMENT** |
| v. | |
| NETFLIX, INC., a Delaware corporation, | |
| Defendant and Counterclaimant. | |

A jury trial commenced in the above-captioned case on March 13, 2026. On March 25, 2026, the Jury reached and returned its unanimous verdict finding that Netflix, Inc. ("Netflix") has not infringed the asserted claims of U.S. Patent Nos. 7,295,673, 8,139,651, 8,472,792, and 10,212,486 (Dkt. No. 1152). Pursuant to Rule 58 of the Federal Rules of Civil Procedure, and in accordance with the Jury's unanimous verdict and the entirety of the record, the Court hereby **ORDERS** and **ENTERS FINAL JUDGMENT** as follows:

1. Netflix has not infringed and does not infringe claims 29 or 32 of U.S. Patent No. 7,295,673.

2. Netflix has not infringed and does not infringe claim 2 of U.S. Patent No. 8,139,651.

3. Netflix has not infringed and does not infringe claim 16 of U.S. Patent No. 8,472,792.

4. Netflix has not infringed and does not infringe claims 1, 4, or 15 of U.S. Patent No. 10,212,486.

5. Claims 1-2, 4, and 5 of U.S. Patent No. 9,270,720 and claim 1 of U.S. Patent No. 9,998,515 patent are invalid for failing to claim patentable subject matter under 35 U.S.C. § 101 per the Court's Final Rulings on Plaintiff's and Netflix's Motions for Summary Judgment (Dkt. No. 774).

6. Judgment is entered in Netflix's favor on Counts I-III and Counts V-VII of Plaintiff's First Amended Complaint (Dkt. No. 60) and Counts I, III, V, X, and XII-XIII, of Netflix's Counterclaims (Dkt. No. 374).

7. Count IV of Plaintiff's First Amended Complaint (Dkt. No. 60) is dismissed with prejudice.

8. Counts II, IV, VI, and XIV of Netflix's Counterclaims (Dkt. No. 374) are dismissed without prejudice.

9. Counts VII-VIII, IX, and XI of Netflix's Counterclaims (Dkt. No. 374) are dismissed without prejudice.

Case No. 2:19-cv-1602-GW-AGRx

FINAL JUDGMENT

10. Count VIII of Plaintiff's First Amended Complaint (Dkt. No. 60) and Counts XV and XVI of Netflix's Counterclaims (Dkt. No. 374) are dismissed without prejudice per the Court's February 3, 2026 Order Granting Joint Stipulation to Dismiss All Claims and Counterclaims Regarding the '588 Patent Without Prejudice (Dkt. No. 840).

11. Plaintiff takes nothing from and against Netflix.

12. Pursuant to Federal Rule Civil Procedure 54(d)(1), Local Rule 54, and 28 U.S.C. § 1920, Netflix is the prevailing party in this case and shall recover its costs from Plaintiff. Netflix is directed to file its Application to the Clerk to Tax Costs.

13. This Judgment shall have the effect of denying all oral and written motions made by the parties during the trial pursuant to and in accordance with Federal Rule of Civil Procedure 50(a), without prejudice to, and subject to, such motions being renewed as post-trial motions.

All other requests for relief now pending and requested by either party but not specifically addressed herein are **DENIED**.

SO ORDERED.

Dated: May 7, 2026

_____
HON. GEORGE H. WU,
United States District Judge

-2-                                             Case No. 2:19-cv-1602-GW-AGRx

FINAL JUDGMENT